# EXHIBIT A

# RETURN OF SERVICE

State of Florida            County of Broward            Circuit Court

Case Number: CACE-21-019444 DIV:18

Plaintiff:
ROBERT TAYLOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED

vs.

Defendant:
DHL EXPRESS (USA), INC.

For:
Andrew J. Shamis, Esq.
Shamis & Gentile, P.A.
14 NE 1ST Avenue, Suite 400
Miami, FL 33132

Received by Global Process Services Corp on the 26th day of October, 2021 at 2:41 pm to be served on **DHL EXPRESS (USA), INC. ATTN: CT CORPORATION SYSTEM- REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Sandra Quinones, do hereby affirm that on the **2nd day of November, 2021** at **2:50 pm**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **REGISTERED AGENT** for **DHL EXPRESS (USA), INC. ATTN: CT CORPORATION SYSTEM- REGISTERED AGENT**, at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of eighteen, and that I have no interest in the above action. Per F.S.92.525(2) Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it are true.

Sandra Quinones
SPS #394

Global Process Services Corp
P.O. Box 961556
Miami, FL 33296
(786) 287-0606

Our Job Serial Number: GER-2021002347
Ref: S&G

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2c