UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ROBERT TAYLOR, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 0:21-cv-62376-RAR |
| vs. | |
| DHL EXPRESS (USA), INC., | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Robert Taylor, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Robert Taylor, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: December 14, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299


**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537

20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                     **SHAMIS & GENTILE, P.A.**
                                     14 NE 1st Ave., Suite 705
                                     Miami, FL 33132
                                     Telephone (305) 479-2299
                                     Facsimile (786) 623-0915
                                     Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
          Andrew J. Shamis, Esq.
          Florida Bar # 101754

*Counsel for Plaintiff and the Class*