UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-62376-RAR

**ROBERT TAYLOR**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**DHL EXPRESS (USA), INC.**,

    Defendant.
_____/

### ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the Notice of Dismissal Without Prejudice [ECF No. 12] ("Notice"), filed on December 14, 2021.  Having reviewed the Notice and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled action is **DISMISSED** *without prejudice*.  All pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 14th day of December, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**